Milton Griggs
VS.
State Of Texas

Court Of Appeals
6th Appellate District
State Of Texas

Appeal No.#06-15-00047-CR
_ _ _ _ _ _ _ _ _ _ _ _
Trial Court No.#
_ _ _ _ _ _ _ _ _ _ _

RECEIVED IN
The Court of Appeals
Sixth District

JUN 15 2015

Texarkana, Texas
Debra Autrey, Clerk

DATE
( June 11, 2015 )

Now Comes the Appellant, Milton Edward Griggs And

File his Motion For Brief In Prayer Of Acceptance

FILED IN
The Court of Appeals
Sixth District

JUN 15 2015

Texarkana, Texas
Debra K. Autrey, Clerk

On Feb, 13, 2015 and In the County of Hunt, Hunt County

Court at Law No#1 And before the Honorable Judge Timothy S. Linden

I, Milton Edward Griggs, Appellant In Above said Referenced Case & My

being Represented by Attorney Jack L. Paris, Was Infact sentenced

to 300 days In Hunt County Jail after being talked Into Doing

an Open Court Plea to &OR before the Judge Timothy S. Linden by

his Attorney Jack L. Paris, on his Misdemeanor offense of Failure to

I.D. an Alleged Class ▬ B misdemeanor offense, Inwhich

I. the Appellant, Milton Edward Griggs, Plead Guilty to such offense

Not Never Knowing &OR Ever Being made Aware of Such

Offense Being Enhanced by the State Period! By my Attorney

Jack L. Paris. I, Appellant filed Appeal Feb. 19, 2015 after being

Denied Work Release and the Courts Appointed Jessica Edwards

to represent me on Appeal.

April 6, 2015 My Appointed Appeal Atty. Jessica Edwards

Withdraws from my Appeal Leaving me to File My Brief & do all

Legalism Myself.

Page 1

Appellant was arrested and charged with Failing to I.D. ▓▓

Only! August 4, 2014

I was Never Under Arrest, Nor had I Ever been Detained by the Greenville Police Department, Nor aware that I Ever had any Warrant for My Arrest Upon My Failing to I.D.

Officers where Constantly be'ing Maliciously dispatched to Appellants Resident on False Accusations of Domestic Violence As well as making False Accusations to Appellants Probation officer Brent Gibson [See Attached Records titled Exhibit A]

Further A review of Greenville Police Records would further support and show such True & Correct In which they to discovered Such was Never True meaning (Domestic Violence)

During the Date and time in question August 4, 2015 I Gave False Identity due to Greenville Police be'ing constantly called out for false calls of Domestic Violence & At such time Robyns Feet where Badly swollen Due to Her Pancreas be'ing Infected & she Having Nobody around to help her I feared they was there for another false call. I was Never arrested OR Detained and I upon these officers comming back Yet Again I told them who I was. I I Denified Myself! And the officer stated I thought you said you was Reginald! For these officers had left and came Back a 2nd time & I was then Arrested.

Appellant Hereby Ask this Honorable Appeals Court to Review the following issues. Overturning such Wrongful Enhancement & Punishment in Excess.

I was arrested on Failing to I.D. and Arrained on such by the Justice of the Peace on A misdemeanor offense being a <u>Class B misdymeanor</u>

I was released on P.R. Bond having such still be ~~a~~ A <u>Class B.</u> misdymeanor.

I was Never made Aware of such being Enhanced by my Lawyer <u>Period</u>. Upon my Pleading Guilty

My Attorney was never on time and such <u>case kept being put off</u> and went before <u>3</u> different judges. To Wit; <u>or</u> Name, Judge Andrew Bench, Judge Duncan F. Thomas, & the Newly Appointed Judge & sentincing Judge, Judge Timothy S. Linden.

I Agreed to Plead Guilty to that of A CLASS B misdemeanor offense of failing to I.D. and <u>Not</u> that of A Class A Misdemeanor that I had No Knowledge of such Being Enhanced. For Such wasn't what I PR out on as well see Attached Documents <u>Exhibits A</u>, Further such Exhibits shows that such was done <u>After</u> my being released on P.R. bond. Appellant further Request that this Court Obtains a full Record for Review and in Support of my Appeal and Exhibits.

Furthermore My Attorney Stated that the States offer was Less than he Punishment imposed yet the County Attorney requested that I be sentenced to 1 year in Jail although I was given 300 days. My Lawyer Stated that I was ~~offered~~ offered 180 days & then Such went to 270 days in which I Refused and Had requested A Jury trial But was instead talked into Doing an Open Court Plea before the judge, I had first Declined Such and was told by My Lawyer that I stood a good chance at going before this judge, My Still thinking that such was still A Class B misdemeanor and having been told that at worst I could only receive a Maximum of 180 days in Jail I went for such. Only to be Sentenced to an Excessive 300 day and Never being made Aware of Such Enhancement until After All had been done and my Not understanding the Judges 300 day Sentencing and how he was able to do such if such was only punishable of upto 180 days. I Immediately asked for Appeal.

For I have Plead Guilty to a totally Different charge that was infact switched on me and inwhich I had No knowledge of at All until after being sentenced. My Attorneys Counsel was very Defective.

## Prayer For Relief

I, Milton Edward Griggs Hereby Pray that this Honorable Judge Of this Court of Appeals Upon Review of My Brief & Records Find and Warrant In My Favor that the Court & Judge as per my Attorney has Infact Errored and Overturn my sentencing and that such be Reduced to 1/2 the 300 days Original sentence Rendering Appellants sentence to 150 days Jail time. And that this Honorable Court & Judge render Any & All Neccessary Corrective Actions Deemed Appropriate to End such Wrongful & Undercover acts of Enhancements by the State. Deeming all Neccessary Corrective Means Neccessary. Wherefore Appellant. Pray this Court Grant him Relief? Submitted this 11th Day of June 2015.

Respectfully Submitted
Milton Edward Griggs #25791
Milton Edward Griggs
Hunt County Jail
2801 Stuart St.
Greenville TX.
75401

Milton Griggs
VS.
State Of Texas

Court of Appeals
6th Appellate District
State Of Texas

Appeal No.#06-15-00047-CR

( Date
6-11-15 )

I the Appellant Hereby submit this written Instrument

In Strong Hope, I I sincerely Pray that this Honorable Appeal Court Grant Appellant and or Render some form of assistance Per this issue at hand. Such is as Follows:

1. Appellant filed Appeal with this Appeals Court.

2. Appellant was Granted the Right to Appeal and was appointed Counsel Jessica Edwards Feb. 19, 2015

3. April 6, 2015 Jessica Edwards Withdrew from my Appeal leaving me Alone with NO Representation

4. Appellant has written the Courts All to No Avail.

5. Appellant was Denied Access to A Law Library and was denied such.

6. Appellant filed a motion with this Honorable Court of Appe for Injunction and such was Granted.

7. On May 6th 2015 Appellant was taken from the jail to the courthouse for a 4 hr Law Library session. being allowed th use of 1 hand only For officials are cuffing Appellants left hand to waist rendering such of No use and making it almost impossible and very very straining to get a book write ect. ect!

8. Appellant received 3, 3 hr. sessions under such strainfully handcuffed conditions Having tried to do the best he can I Hereby move this court for Assistance for Legal Aide.

( Page 1 of 2 )

Appellant is not an Attorney & knows little about Law & being Incarcerated & very very limited to Access to A Law Library has rendered Appellants rights to properly file his Brief in Support of & oR Properly Appeal his case.

Appellant knows very little & Is asking this Honorable Judge & Court of Appeals to Accept the Attached Hereto Written Instrument As his Appeal Brief.

For I, Milton Edward Griggs Appellant is Infact Incarcerated at the Hunt County Jail in Greenville TX. and is Unable to Afford an Attorney for his Appeal & Brief.

### Prayer

Wherefore I the Appellant, Milton Edward Griggs Pray that this court of Appeals Grant Appellants Motion for Appointment of Counsel & OR Grant Appellants Written Instrument As his Brief In Support of his Appeal and Overturn his Sentence.

Respectfully Submitted
Milton Griggs
Milton Griggs
Hunt County Jail
2801 Stuart St.
Greenville TX. 75401

(page 2 of 2)

## Certificate Of Service

I, Milton Edward Griggs Hereby Certify that A True &
Correct Copy of Appellants Brief to the Best of his Ability &
Prayer for Acceptance by the Court & OR His Request for An
Attorney has been mailed this 11th Day of June 2015.

Respectfully Submitted
Milton Griggs
Milton Griggs
Hunt County Jail
2801 Staurt St.
Greenville TX.
75401

# Exhibit A

7 Documents

CASE # CR1401075                    COURT: COUNTY COURT AT LAW NO. 1          02/16/2015
CAUSE: FAIL TO IDENTIFY FUGITIVE INTENT GIVE FALSE I
STYLE: THE STATE OF TEXAS                 VS MILTON EDWARD GRIGGS

DEFENDANT

| NAME | | ATTORNEY |
|---|---|---|
| GRIGGS,MILTON EDWARD          D | | PARIS, JACK L. JR. |
| 2310 HENRY ST | | 3101 JOE RAMSEY BLVD.,STE. 101 |
| | | P.O. BOX 8277 |
| GREENVILLE        ,TX 75401 | | GREENVILLE,TEXAS 75404-8277 |
| | | 903-455-5797 |

TRANSACTIONS FOR ALL PARTIES                                REPORT FOR ALL DATES

| Date | Party | Description | | |
|---|---|---|---|---|
| 08/06/2014 | GRIGGS,MILTON EDWA | DECL INABILITY TO EMPLOY COUNSEL,ORDER APPT ATTY, J.PARIS,FAX CONF,RESET 8/8/14 9AM BOND HRG/C T | I | 4 |
| 08/19/2014 | GRIGGS,MILTON EDWA | ORDER CONCERNING BOND-$1500.00 PR BOND,FAX CONF TO JAIL/C T | I | 2 |
| 08/19/2014 | GRIGGS,MILTON EDWA | PR BOND,FAX CONF TO JAIL/C T | I | 2 |
| 08/29/2014 | GRIGGS,MILTON EDWA | COMPLAINT,INFORMATION,STANDING ORDER BOND,ORDER CONCERNING BOND | I | 6 |
| 09/05/2014 | GRIGGS,MILTON EDWA | SET PER NOTICE LETTER 9/30/14 9 AM/L A | I | 1 |
| 09/30/2014 | GRIGGS,MILTON EDWA | REQUEST FOR NEXT COURT SETTING/ORDER RESET 10/30/2014 9 AM/L A | I | 1 |
| 10/02/2014 | GRIGGS,MILTON EDWA | SET PER NOTICE LETTER 10/30/14 9AM/C T | I | 1 |
| 10/30/2014 | GRIGGS,MILTON EDWA | REQUEST FOR NEXT COURT SETTING/ORDER RESET 11/20/2014 9 AM/L A | I | 1 |
| 11/04/2014 | GRIGGS,MILTON EDWA | SET PER NOTICE LETTER 11/20/14 9AM/L D | I | 1 |
| 11/20/2014 | GRIGGS,MILTON EDWA | REQUEST FOR NEXT COURT SETTING/ORDER RESET 1/6/2015 9 AM/L A | I | 1 |
| 11/20/2014 | GRIGGS,MILTON EDWA | SET PER NOTICE LETTER 1/6/2015 9 AM/L A | I | 1 |
| 01/06/2015 | GRIGGS,MILTON EDWA | REQUEST FOR NEXT COURT SETTING/ORDER RESET 2/6/2015 9 AM/L A | I | 1 |
| 01/08/2015 | GRIGGS,MILTON EDWA | SET PER NOTICE LETTER 2/6/2015 9 AM/L A | I | 1 |
| 02/02/2015 | GRIGGS,MILTON EDWA | SET PER NOTICE LETTER 2/13/15 9AM/T L | I | 1 |
| 02/13/2015 | GRIGGS,MILTON EDWA | DEF.PRESENT,PLED GUILTY,WAIVED JURY,CC-237.00 ATTRY-1985.00, 300 DAYS JAIL 16 DAYS TIME SERVED. | | |
| 02/13/2015 | GRIGGS,MILTON EDWA | DISPOSITION,JUDGMENT/SENTENCE,DOCKET,CERT RIGHT TO APPEAL,PYMT FEE VOUCHER,BILL OF COST./L A | | |
| 02/13/2015 | GRIGGS,MILTON EDWA | WAIVER OF RIGHTS,CONFESSION AND AGREEMENT./L A | | |

CR 1401075

THE STATE OF TEXAS § IN THE COUNTY COURT

v. § AT LAW NO. 1

MILTON EDWARD GRIGGS § HUNT COUNTY, TEXAS

## COMPLAINT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS

I, Amenda Henderson, solemnly swear that I have good reason to believe and do believe that **MILTON EDWARD GRIGGS**, hereinafter called Defendant, heretofore, on or about the 4th day of **August, 2014,** before the filing of this complaint, in Hunt County, Texas, did then and there, knowing that the said G. Barrow was a peace officer, intentionally give a false or fictitious name and date of birth, to-wit: Reginald Kinchen DOB: 10-07-1978, to G. Barrow, a peace officer who had lawfully arrested or detained **MILTON EDWARD GRIGGS**, and **MILTON EDWARD GRIGGS** was then and there a fugitive from justice.

Complainant bases his/her belief upon the observations of G. Barrow, a peace officer, obtained by reviewing said officer's report.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
**COMPLAINANT**

Sworn to and subscribed before me this 22nd day of August, 2014.

SARAH ABIGAIL PRIDE
Notary Public, State of Texas
My Commission Expires
October 03, 2016

_____
**NOTARY PUBLIC, STATE OF TEXAS**

CA 149923
**FAIL TO IDENTIFY – FUGITIVE FROM JUSTICE**
**CLASS A**

13

| THE STATE OF TEXAS | § | IN THE COUNTY COURT |
| | § | |
| v. | § | AT LAW NO. 1 |
| | § | |
| MILTON EDWARD GRIGGS | § | HUNT COUNTY, TEXAS |

## INFORMATION

**IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS**

I, Joel D. Littlefield, County Attorney of Hunt County, Texas, presents in and to the Hunt County Court At Law No.1, that on or about **4th** day of **August, 2014**, and before the filing of this information, in Hunt County, Texas, **MILTON EDWARD GRIGGS**, hereinafter called Defendant, did then and there, knowing that the said G. Barrow was a peace officer, intentionally give a false or fictitious name and date of birth, to-wit: Reginald Kinchen DOB: 10-07-1978, to G. Barrow, a peace officer who had lawfully arrested or detained **MILTON EDWARD GRIGGS**, and **MILTON EDWARD GRIGGS** was then and there a fugitive from justice.

AGAINST THE PEACE AND DIGINITY OF THE STATE.

*JOEL D. LITTLEFIELD*
HUNT COUNTY ATTORNEY'S OFFICE
OR BY ASSISTANT COUNTY ATTORNEY
HUNT COUNTY, TEXAS

CA 149923
**FAIL TO IDENTIFY – FUGITIVE FROM JUSTICE**
CLASS A

# IN THE COUNTY COURT AT LAW NO. 1

## &

# IN THE COUNTY COURT AT LAW NO. 2

## OF HUNT COUNTY, TEXAS

## STANDING ORDER IN ALL CRIMINAL CASES

On or before the date scheduled for the Defendant's first status or arraignment hearing in all criminal cases now or hereafter pending in this Court, the State, through the office of its Hunt County Attorney, is ordered to produce and make available to the Defendant's Attorney at the office of said Hunt County Attorney for inspection and copying and <u>without the necessity of the filing of a motion for discovery or production thereof</u>, or by posting same on the County Attorney's Case Search (HCOCS) website the following, to-wit:

**The criminal arrest and conviction records (criminal history), if any, of the Defendant.**

The purpose of this Order is to eliminate the necessity of pretrial hearings or the filing of pretrial motions related to the discovery of the Defendant's criminal history.

It is further ordered that the Defendant's Attorney is prohibited from disseminating and/or distributing the criminal history record to anyone without further order of the Court.

This order is effective the 1st day of August, 2012 and shall remain in full force and effect until altered, modified, or rescinded by the Court. The Clerk of this Court shall cause a copy of this order to be filed in all criminal cases at the time that a complaint and information is received and filed by the Clerk of this Court.

_____
Honorable J. Andrew Bench
Hunt County Court at Law No. 1

_____
Honorable F. Duncan Thomas
Hunt County Court at Law No. 2

CAUSE NO. _Unfiled (Fail tuIO)_

STATE OF TEXAS

V.

Coriges, Milton

§
§
§
§
§
§

IN THE COUNTY COURT

AT LAW NO. 1

HUNT COUNTY, TEXAS

CR1401075

FILED FOR RECORD
at ___ o'clock ___ M
AUG 19 2014
By _____
JENNIFER LINDENZWEIG
County Clerk, Hunt County, TX

## PERSONAL BOND

I, _Milton Coriges_ as Principal herein, am held and firmly bound unto the State of Texas in the just and full sum of $ _1500.00_ for the payment of which well and truly to be made, I bind myself to appear in the Hunt County Court at Law No. 1 when summoned.

The Condition of the above obligation is such that, whereas the above bond has been entered into by me, having been charged with a misdemeanor, to wit: _Fail to IO_

Now, if I, the said Principal, shall be and personally appear INSTANTER before the County Court at Law No. 1, 4th floor, Hunt County Courthouse, Greenville, Texas, until discharged by order of the Court, to answer the aforesaid accusation against me, and shall personally appear for any and all subsequent proceedings had relative to the above charges, and before any Court or Courts of the State of Texas in which said subsequent proceedings may be pending, and not depart the Court without leave; and further conditioned that I will pay all necessary and reasonable expenses incurred by any and all sheriffs or other peace officers in re-arresting me in the event that I fail to appear before the Court or Magistrate named in the bond at the time stated therein, as well as before any other Court to which the same may be transferred, and for any and all subsequent proceedings had relative to the charge, then in such case the bond will be null and void, otherwise to remain in full force and effect.

I swear that I will appear before the Court designated in the preceding paragraph or pay the Court the principal sum of this bond plus any reasonable and necessary expenses incurred in the event of my arrest for failure to appear as required by this bond.

IT IS THE DUTY OF THE PRINCIPAL TO IMMEDIATELY NOTIFY THE COURT OF ANY CHANGE OF ADDRESS.

WITNESS OUR HAND, this _19_ day of _August_, 20_14_.

THIS MATTER IS RESET TO:

_9-30-2014_

at 9:00 a.m. in the County Court at Law No. 1

_____
JUDGE PRESIDING

_____
Principal

_2310 Henry St. Greenville TX. 75401_
Address (Street, City, Zip Code)

_____
Phone

DOB: _3-4-71_ Place of Birth: _Greenville TX_
DL No._03795520_ State: _TX_
Height: _5 2_ Weight: _168_
Eye Color: _Brown_ Hair Color _Black_
Employment:_____
Address:_____
Business Phone:_____
Nearest Relative:_____
Address:_____

'14 AUG 28 PM 2: 29
COUNTY CLERK HUNT CO. TX.
JENNIFER LINDENZWEIG
FILE FOR RECORD
BY: _____ DEPUTY

TOTAL P.01

CAUSE NO. _____ (Fail to ID)
CR1461075

STATE OF TEXAS

Grigg, Milton

§
§
§
§

IN THE COUNTY COURT
AT LAW NO. 1
HUNT COUNTY, TEXAS

FILED FOR RECORD
o'clock
AUG 19 2014
By County Clerk
JENNIFER LINDENZWEIG

**ORDER CONCERNING BOND**

ON THIS the 19 day of _____Aug_____, 20 14, came on for consideration the matter of bond herein. The Defendant has been charged with the offense of _____Fail to ID_____ _____. The Court finds that the Defendant is currently under a bond of $ 1500 , and that bond should be reset at $ 1500 _____ cash or surety / (personal bond.)

IT IS THEREFORE, ORDERED that the Defendant's bond is hereby reset in the amount of $ 1500 _____ cash or surety / personal bond

IT IS FURTHER ORDERED that as condition(s) of this bond, the Defendant shall:

[ ] Submit to home curfew and electronic monitoring under the supervision of the Hunt County Community Supervision and Corrections Department (HCCSCD).

[x] Not leave Hunt County or county of residence without written permission of HCCSCD or the Court.

[ ] Submit to testing as directed by HCCSCD for the presence of controlled substances in the Defendant's body.

[x] Abstain from the use of alcohol and controlled substances while this case remains pending.

[ ] Not directly or indirectly communicate with _____, the alleged victim in this offense, and shall not go near a residence, school, or_____ frequented by the alleged victim or the alleged victim's family.

[ ] Work toward obtaining a high school diploma or equivalent.

[x] Not commit a new offense against this state or any other state or of the United States or any political subdivision thereof.

[ ] Report immediately to Hunt County CSCD with this Order, and as directed thereafter.

[ ] Pay costs of attorney in the amount of $_____ to the Hunt County Auditor, PO Box 1097, Greenville, TX 75403 on or before _____, 20_____.

[ ] _____

[x] Appear in the Hunt County Court at Law No. 1 on September 30 , 20 14 at 9 __.m. and at all other times ordered by the Court.

Any violation of the conditions herein shall be grounds for the automatic revocation of this bond and the issuance of a warrant for the arrest of the Defendant. Bond in such case shall be denied pending review by the Court.

_____
JUDGE PRESIDING

I have read and understood the above special conditions and understand that the Court will revoke my bond, order my arrest, and order a new bond hearing if the judge receives written notice concerning any violation of the above required conditions.

_____
Defendant

17

**CASH**                    **PROPERTY**          SO# 25791      / **PERSONAL**

THE STATE OF TEXAS                    BAG # _____
COUNTY OF HUNT
GREENVILLE, TEXAS                              RECEIPT N: 186184

                          Aug        19        2014

DEFENDANT Griggs, Milton Edward
                    *PLEASE PRINT NAME CLEARLY*

DEFENDANT'S ADDRESS 2310 Henry St. Greenville Tx 75401

AMOUNT OF BOND Fifteen hundred dollars  $ 1500

OFFENSE  FTID            CR1401075

COURT APPEARANCE 30 DAY OF Sept 2014 AT 9 AM

COURT: County          ARRESTING OFFICER: Barrow G.P.D
BOND REFUNDABLE TO: 1
Griggs, Milton
              NAME                    HUNT COUNTY SHERIFF'S DEPT.

                              18 BY Carter
        ADDRESS
903 . 209 . 0795

LATSON PRINTING (903) 886-2710

# EXhibit B

## 2 Documents

*Law Offices of*
# JACK L. PARIS, JR., P.C.
## ATTORNEY AT LAW
P.O. Box 8277
3101 Joe Ramsey Blvd., Suite 101
Greenville Texas 75404-8277

COPY
FOR YOUR INFORMATION

**JACK L. PARIS, JR.**

(903) 455-5797
FAX: (903) 455-6205

March 2, 2015

*Phone No.#*
*903 513-0150*

Ms. Jessica Edwards
Attorney at Law
P. O. Box 9318
Greenville, Texas 75404

RE:     Cause No. CR1401075 (County Court at Law No. 1)
        The State v. Milton Edward Griggs – Appeal
        Our File No:  42454

Dear Jessica:

Because of the crazy weather last week, what with the courthouse closing on Monday, the late opening on Tuesday, and the early closing on Friday, I just wanted to make sure that you had gotten word that you had been appointed with regard to the above-referenced case to handle the appeal. Enclosed herewith is a copy of the Notice of Appeal that was filed on February 19.

By way of background, let me tell you a few things.

I was originally appointed on August 6, 2014 to handle the above-referenced case (failure to ID/fugitive), as well as Cause No. CR1301005 which is a DWLI enhanced Motion to Revoke and Cause No. CR 1301393 which was a harassment case. From the time that I first met with Mr. Griggs and continuously thereafter, Mr. Griggs acknowledged that he was guilty of violating his probation on the DWLI enhanced and that he was guilty of the failure to ID/fugitive; he denied being guilty of the harassment charge.

I was able to obtain a dismissal of the harassment charge. However, we were never able to work out anything with Jeff Kovach as to the other two cases that was satisfactory to Mr. Griggs.

On February 15, we appeared and, in effect, did an open plea on both the MTR and the failure to ID cases. Mr. Griggs' evidence and argument were both in the nature of mitigation issues and not guilt/innocence issues. Judge Linden was less than sympathetic, and assessed 100 days county jail on the MTR with 17 days' credit and assessed 300 days on the failure to ID with 16 days' credit.

On February 19, we had a further hearing regarding the Motion for Work Release that I had filed in each case, but Judge Linden denied both Motions. In light of that, Mr. Griggs told me that he wanted to appeal the failure to ID case, and so we filed the Notice of Appeal and brought that to the Judge's attention, at which time, he appointed you to represent Mr. Griggs on appeal.

Part of the problem in the negotiation process and then in the sentencing process has to do with the fact that Mr. Griggs has two prior felony convictions and spent a pretty considerable amount of time in prison.

FYI – the State's best offer was 180 days on the MTR and 270 days on the failure to ID.

Copies of both the final Judgments are enclosed herewith. If you need anything further from me, do not hesitate to let me know.

Kindest regards.

Sincerely,

Jack L. Paris, Jr.

JLP/te
Encs. as stated
xc.     Mr. Milton Edward Griggs
        C/O Hunt County Jail